HONORABLE ROBERT S. LASNIK

**08-CV-01713-AF**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY G. HAPP,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF REDMOND, ITS CHIEF OF POLICE IN HIS REPRESENTATIVE CAPACITY, AND "JOHN DOES 1-20,"<br><br>    Defendants. | NO. C08-1713 RSL<br><br>STIPULATION AND ORDER OF VOLUNTARY DISMISSAL |

## STIPULATION

Plaintiff, Larry G. Happ, and defendants, the City of Redmond and its Chief of Police in his representative capacity, by and through counsel, hereby stipulate and agree to the following:

1. Plaintiff wishes to dismiss the present action voluntarily, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a), in order to file a municipal tort claim in compliance with RCW 4.96.020;

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants stipulate to voluntary dismissal of plaintiff's claim;

3. Plaintiff will provide Defendants with full and complete answers and responses to Defendants' First Interrogatories and Requests for Production to Plaintiff, which were

{APR722040.DOC;1/00020.050302/}
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1. propounded to Plaintiff on or about January 23, 2009, within fifteen (15) days of entry of Plaintiff's voluntary dismissal order;

2. 4.     Prior to re-filing a lawsuit, Plaintiff will attend a mediation with Defendants, in which all parties will negotiate in good faith;

3. 5.     If Plaintiff re-files a lawsuit, he will seek no declaratory relief, injunctive relief, damages or other remedy pertaining to or arising from events occurring more than three (3) years prior to the date of re-filing. This stipulation does not preclude the Plaintiff from attempting to introduce evidence of other events, if otherwise admissible. Nor does this stipulation preclude Defendant from arguing against the introduction of such evidence;

4. 6.     If Plaintiff re-files a lawsuit, he will limit the number of fact witnesses identified in his Initial Disclosures to no more than fifteen (15).

STIPULATION DATED THIS 12th day of March, 2009

OGDEN MURPHY WALLACE, P.L.L.C.

By: _____
Geoff J. M. Bridgman, WSBA #25242
Aaron P. Riensche, WSBA #37202
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215
Attorneys for Defendant

KING LAW GROUP

By: _____
Larry King, WSBA #1325
110 - 11th Avenue S.W.
P. O. Box 796
Olympia, WA 98501
Phone: 360-352-1591/Fax: 360-352-4563
Attorney for Plaintiff

{APR722040.DOC;1/00020.050302/}
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

## ORDER

The Court, having reviewed the stipulation of the parties set forth above, and being otherwise fully advised in the premises, NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff's First Amended Complaint for Declaratory Relief, Injunctive Relief and for Damages, is DISMISSED WITHOUT PREJUDICE and without costs to any party.

Dated this 16th day of March, 2009

_____
HONORABLE ROBERT S. LASNIK

Presented by:

KING LAW GROUP

By _____
Larry King, WSBA #1325
King Law Group
110 - 11th Avenue S.W.
P. O. Box 796
Olympia, WA 98501
Phone: 360-352-1591
Fax: 360-352-4563

Approved as to Form; Notice of Presentation Waived:

OGDEN MURPHY WALLACE, P.L.L.C.

By: _____
Geoff Bridgman WSBA #252421
Aaron Riensche, WSBA #37202
OGDEN MURPHY WALLACE
1601 Fifth Avenue, #2100
Seattle, WA 98101
(206) 447-7000 – Telephone
(206) 447-0215 – Facsimile
Attorneys for Defendant

{APR722040.DOC;1/00020.050302/}
STIPULATION AND ORDER OF VOLUNTARY DISMISSAL - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215